IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BATAAN LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-238 (GBW) (JLH) |
| | ) |
| DENTALEZ, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT DENTALEZ, INC.'S RENEWED MOTION TO STAY**

Defendant DentalEZ, Inc. hereby moves, pursuant to the Court's inherent authority to manage its docket, to stay discovery and all other proceedings in this case pending resolution of Defendant's Rule 12(b)(6) Motion to Dismiss for Lack of Patent-Eligible Subject Matter (D.I. 14). The grounds for this Motion are set forth in the opening brief submitted with this motion.

Pursuant to D. Del. LR 7.1.1, counsel for Defendant states that counsel for the parties met and conferred regarding this motion. Plaintiff Bataan Licensing LLC indicated that it would oppose this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Reuben H. Chen
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5480

Samuel K. Whitt
COOLEY LLP
1299 Pennsylvania Ave. NW, #700
Washington, D.C. 20004-2446
(202) 842-7800

October 10, 2022

/s/ Cameron P. Clark

Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant DentalEZ, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 10, 2022, upon the following in the manner indicated:

Jimmy C. Chong, Esquire                                                      *VIA ELECTRONIC MAIL*
CHONG LAW FIRM P.A.
2961 Centerville Road, Suite 350
Wilmington, DE  19808
*Attorneys for Plaintiff*

David R. Bennett, Esquire                                                    *VIA ELECTRONIC MAIL*
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL  60614-0184
*Attorneys for Plaintiff*

/s/ *Cameron P. Clark*
_____
Cameron P. Clark (#6647)