# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

November 8, 2022

**Re:**   *Bataan Licensing LLC v DentalEZ, Inc.*, C.A. No. 22-cv-00238-GBW

Dear Judge Williams:

Attached please find the parties' proposed amended scheduling order. As noted on the first page of the proposed scheduling order, the parties have a dispute regarding whether an amended scheduling order should be entered, which is argued on the first two pages of the proposed scheduling order.

Respectfully Submitted,

CHONG LAW FIRM, P.A.

*/s/Jimmy Chong*
Jimmy Chong (No. 4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

OF COUNSEL:

David R. Bennett
(Admitted *pro hac vice*)
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff Bataan Licensing LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:

Reuben H. Chen
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5480
rchen@cooley.com

Samuel K. Whitt
COOLEY LLP

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

1299 Pennsylvania Ave. NW, #700
Washington, D.C. 20004-2446
(202) 842-7800
swhitt@cooley.com

*Attorneys for Defendant DentalEZ, Inc.*