# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

**KAREN JACOBS**
(302) 351-9227
(302) 425-4681 FAX
kjacobs@morrisnichols.com

January 6, 2023

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    *Bataan Licensing LLC v. DentalEZ, Inc.*, C.A. No. 22-238 (GBW)

Dear Judge Williams:

    I write on behalf of Defendant DentalEZ, Inc. regarding the status of this case in light of upcoming deadlines and case events. In particular, DentalEZ's preliminary invalidity contentions are due January 13, 2023, and the claim construction process is set to begin on March 23, 2023 (D.I. 30, 43).

    In light of these deadlines, DentalEZ wishes to alert the Court to its pending Motion to Dismiss under 35 U.S.C. § 101 that was filed on April 22, 2022 (D.I. 14) and its Renewed Motion to Stay Pending Resolution of the Motion to Dismiss that was filed on October 10, 2022 (D.I. 38). Briefing on the Motion to Dismiss was completed on June 27, 2022 and briefing on the Renewed Motion to Stay was completed on October 31, 2022.

    Counsel for DentalEZ are available should the Court have any questions.

                    Respectfully,

                    */s/ Karen Jacobs*

                    Karen Jacobs (#2881)

KJ/lkm

cc:    All Counsel of Record (via electronic mail)